**Order entered August 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00379-CV**

**NEWSOM, TERRY & NEWSOM, LLP AND STEVEN K. TERRY,**
**Appellant**

**V.**

**HENRY S. MILLER COMMERCIAL COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-01306-G**

**ORDER**

Before us are (1) appellants/relators' motion for appellate review under 24.4 and petition for writ of prohibition or, alternatively, petition for writ of mandamus and (2) appellee's unopposed motion to set a deadline to file a response. Appellants/relators' motion for appellate review concerns a trial court order compelling post-judgment discovery. Concurrent with this order, this Court has issued its opinion and judgment reversing the trial court's judgment in its entirety and remanded the case for further proceedings. Accordingly appellants/relators'

motion for appellate review and appellee's motion to set a deadline are **DENIED**

**AS MOOT**.

/s/ AMANDA L. REICHEK
   JUSTICE